**STATE of Missouri, Respondent,**

v.

**James J. BOLEY, Appellant.**

**No. WD 58956.**

Missouri Court of Appeals, Western District.

Oct. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied Jan. 22, 2002.

Richard Beaver, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, As-

sistant Attorney General, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA BRECKENRIDGE, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

James Boley appeals the circuit court's judgment convicting him as a prior offender for conspiracy to promote and facilitate murder in the first degree. We affirm. Rule 30.25(b).